# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Honorable: A. Benjamin Goldgar | Hearing Date: June 24, 2009 |
| Bankruptcy Case: No. 04 B 14517 | Adversary No.: No. 07 A 384 |

**Brief Statement of Motion:** Appliance Controls Group, Inc.

Carl Levi, Trustee for Hamilton County, Tennessee v. Hilco Capital, L.P.

Order remanding action to the Chancery Court of Hamilton County, Tennessee

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

This adversary proceeding was originally filed in Tennessee state court. The defendant removed the action to the U.S. District Court for the Eastern District of Tennessee and then successfully had the action transferred to the Northern District of Illinois. The district court here then referred the action to this court, ostensibly as related to the Appliance Controls bankruptcy case. Under this circuit's restrictive definition of "related to" jurisdiction, however, the action is not related to the Appliance Controls bankruptcy case. *See Elscint v. First Wis. Fin. Corp. (In re Xonics, Inc.)*, 813 F.2d 127, 131 (7th Cir. 1987); *In re Fedpak Sys., Inc.*, 80 F.3d 207, 214 (7th Cir. 1996). "Related to jurisdiction" over a dispute exists only when the outcome of the dispute would affect either "the amount of property available for distribution, or the allocation of that property among creditors," *Fedpak*, 80 F.3d at 213-14, and neither is true here. Accordingly, IT IS HEREBY ORDERED: This matter is remanded to the Chancery Court for Hamilton County, Tennessee.

[signature]